UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. BORGEES, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00375-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NO. 10)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF NO. 2)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

Kasey Hoffmann ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 11, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending Plaintiff's application to proceed in forma pauperis (ECF No. 2) be denied and that Plaintiff be required to pay the $400 filing fee in full if he wants to proceed with this action. (ECF No. 10).

Plaintiff was given an opportunity to object to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections to the findings and recommendations (he did appeal (ECF No. 12), but his appeal was dismissed (ECF Nos. 15 & 16)).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on April 11, 2018, are ADOPTED IN FULL;
2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;
3. Plaintiff shall pay the $400 filing fee in full within thirty days from the date of service of this order if he wants to proceed with this action; and
4. Failure to pay the filing fee within thirty days from the date of service of this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **July 19, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE